Valerie Vonderhofen, Respondent,
against
Atlantic Avenue Auto Repairs, Inc. Doing Business as ATLANTIC AUTO REPAIR, Appellant.



Appeal from an order of the Civil Court of the City of New York, Queens County (Cheree A. Buggs, J.), entered April 28, 2014. The order denied defendant's motion to vacate a default judgment.




ORDERED that the order is affirmed, without costs.
In this small claims action, defendant moved to vacate a default judgment in the principal sum of $2,200 that had been entered against it after it had failed to appear for trial. Upon a review of the record, we find that the Civil Court did not improvidently exercise its discretion in denying defendant's motion, since defendant failed to demonstrate that it had a reasonable excuse for its default in appearance and a meritorious defense to the action (see CPLR 5015 [a] [1]; Eugene Di Lorenzo, Inc. v A.C. Dutton Lbr. Co., 67 NY2d 138 [1986]).
We note that we do not consider those factual assertions contained in defendant's brief, or the materials annexed thereto, that are dehors the record (see Chimarios v Duhl, 152 AD2d 508 [1989]).
Accordingly, the order is affirmed.
Pesce, P.J., Weston and Solomon, JJ., concur.
Decision Date: March 23, 2016